ROCKLYN REALTY CORPORATION, Respondent, v. AARON COHN and Others, Defendants, and ANNA COHN, Appellant.— Order denying appellant's motion to vacate and set aside a judgment of foreclosure and sale, the computation upon which such judgment was based, and all proceedings subsequent thereto, affirmed,

with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.